UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PEDRO GALLARDO,<br><br>Defendant. | Case No. 3:01-cr-00059-RCJ-RAM<br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against PEDRO GALLARDO is hereby DISMISSED.

Dated this 8th day of June, 2023.

_____
ROBERT C. JONES, JUDGE
UNITED STATES DISTRICT COURT

1